# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-119-205**

**Effective Date of Registration:**
December 11, 2017

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** Fenrir: The Monster Wolf of Norse Mythology

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 01, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Douglas Joseph Cavanaugh
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Year Born:** 1984

## Copyright Claimant

**Copyright Claimant:** Douglas Joseph Cavanaugh
PO Box 111, Ferndale, PA, 18921, United States

## Rights and Permissions

**Organization Name:** Celtic Hammer Club
**Name:** Douglas Cavanaugh
**Email:** celtichammerclub@gmail.com
**Telephone:** (908)642-4827
**Alt. Telephone:** (908)642-4827
**Address:** 9115 Easton Road, PO Box 111
PO Box 111
Ferndale, PA 18921 United States

## Certification

Name: Douglas J Cavanaugh
Date: December 11, 2017



