**EXHIBIT B**

From: **Celtic HammerClub** <celtichammerclub@gmail.com>
Date: Wed, Apr 14, 2021 at 11:07 AM
Subject: Fwd: Copyright Infringement
To: <infringementclaims@shutterstock.com>

4/14/2020

To Whom It Concerns:

It has come to my attention that Shutterstock is selling my original artwork that I have registered with the United States Copyright Office (URL(s) below).

https://www.shutterstock.com/image-vector/monster-wolf-norse-mythology-illustrations-vectors-1931846072

The link listed above points to images AND products that infringe on my copyright and should not be posted OR sold.
This is my own original artwork that was originally posted to my own website (links to the original postings below).

https://celtichammerclub.blogspot.com/2016/01/new-fenrir-monster-wolf-of-norse.html

This work is also registered with the US Copyright Office under registration number VA 2-119-205.

I demand that you stop the use of my intellectual property IMMEDIATELY.

If it appears that you have made a profit off of my intellectual property, all available legal resources will be exercised to their fullest extent.

If you fail to respond and show proof that you have not made a profit off my intellectual property in a timely manner, I will pursue legal action..

I, under penalties of perjury, believe the statements made in this notice to be true and accurate, and that I own the rights to the intellectual property in question.

I have a good faith belief, and do solemnly and sincerely declare, that use of the material in the manner complained of is not authorized by the Intellectual Property Owner, its agent, or the law. The information in this Notice of Claimed Infringement is accurate, and under penalty of perjury, I am authorized to act on behalf of the Intellectual Property Owner of an exclusive right that is allegedly infringed.
**Doug Cavanaugh**

## Celtic Hammer Club

## PO Box 111

Ferndale, PA 18921
(908) 642-4827